# United States District Court
EASTERN DISTRICT OF WISCONSIN

LYLE J. DORN, JR.,

          Plaintiff,

             v.

CARLY SCHMIDT,
JOSH SCHMIDT,
LYLE J. DORN, SR.
L&L REPAIR & SALES,

          Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 19-C-283

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.**  This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing and this case is dismissed for failure to state a claim. No strike will be assigned under 28 U.S.C. § 1915(g).

Approved:

Dated:  February 25, 2019

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court

STEPHEN C. DRIES
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk